UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE CONSTANCE, as Personal
Representative for the Estate of Vanessa
Sexton, Deceased,

    Plaintiff,

v.

    Case No. 16-12530

    Hon. John Corbett O'Meara

COUNTY OF MACOMB, *et al.*,

    Defendants.
_____/

# ORDER DENYING COUNTY OF MACOMB'S MOTION
# TO MODIFY SCHEDULING ORDER WITHOUT PREJUDICE

Before the court is Defendant County of Macomb's motion to amend the scheduling order and for leave to file a dispositive motion, filed January 22, 2018. The parties reached a tentative settlement but apparently have confronted some obstacles in finalizing the agreement, leading Defendant to protect its interests by attempting to resume litigation. Plaintiff responds that he has overcome the challenges impeding settlement and a motion to approve the agreement is set to be heard by the Macomb County Probate Court on February 27, 2018.

In light of the imminent probate court hearing, it appears that the parties will resolve this case and that a modification of the scheduling order will be

unnecessary.

Therefore, IT IS HEREBY ORDERED that Defendant's motion to modify scheduling order is DENIED WITHOUT PREJUDICE.

s/John Corbett O'Meara<br>United States District Judge

Date: March 1, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 1, 2018, using the ECF system.

s/William Barkholz<br>Case Manager